# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145306

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

GEORGE TILLERY JR.,
Defendant-Appellant.

SC: 145306
COA: 305674
Oakland CC: 1998-162522-FC

_____/

On order of the Court, the application for leave to appeal the April 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

h1015